**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| NICE GLASS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:21-cv-00915 |
| ) | |
| VOESTALPINE RAILWAY ) | |
| SYSTEMS NORTRAK LLC, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO FILE DOCUMENT UNDER SEAL**

Comes now Plaintiff NICE Glass LLC, through counsel, and moves to file Exhibit 1 to its Complaint under seal in order to protect confidential information.  In support of this motion, Plaintiff refers the Court to the accompanying Memorandum in Support of Motion to File Document Under Seal.

Dated: July 26, 2021            Respectfully submitted,

**DOWD BENNETT LLP**

By:  /s/ Michael J. Kuhn

James F. Bennett, 46826MO
jbennett@dowdbennett.com
Michael J. Kuhn, 58936MO
mkuhn@dowdbennett.com
M. Stacy Connelly, 63465MO
sconnelly@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 – Telephone
(314) 863-2111 – Facsimile

*Attorneys for Plaintiff NICE Glass LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, the foregoing was filed electronically with the Clerk of the Court and served on all counsel of record via the Court's electronic filing system.

                                            */s/ Michael J. Kuhn*